EASTERN DIST.
*April*, 1839.

MAGOFFIN *vs.* STRINGER ET AL.

MAGOFFIN
*vs.*
STRINGER ET AL.

APPEAL FROM THE PARISH COURT, FOR THE PARISH AND CITY OF NEW-
ORLEANS.

In the probate sale of a slave to pay the debts of a succession, where the exe-
cutor expressly declares he does not warrant against any of the redhibitory
vices or maladies prescribed by law, the purchaser cannot avail himself
of the redhibitory vice in the slave of an habitual runaway, to avoid the
sale and payment of the price, even if this fact was known to the owner
in his lifetime, and not declared.

This is an action on a promissory note given for the price
of a slave, adjudicated to the defendant Stringer, at the
probate sale of the succession of W. W. Wright, deceased.

The executor made it publicly known that the slave was
sold to pay the debts of the succession, and without warranty.

The defendants, in avoidance of the sale and payment of
their note, pleaded the redhibitory vice of a runaway in rela-
tion to the slave, which they aver he was affected with to the
knowledge of the owner in his lifetime.

There was judgment for the plaintiff, and the defendants
appealed.

*Wharton and Castera*, for the plaintiff.

*Lockett, contra.*

In the pro-
bate sale of a
slave to pay the
debts of a suc-
cession, where
the executor de-
clares he does not
warrant against
any redhibitory
vices or mala-
dies prescribed
by law, the
purchaser cannot
avail himself of
the redhibitory
vice in the slave
of a habitual
runaway, to a-
void the sale and
payment of the

*Rost, J.*, delivered the opinion of the court.

The defendants, sued as maker and endorser of a promis-
sory note, for the price of a slave sold by order of the Court of
Probates, as part of a succession to pay the debts thereof,
pleaded that the slave was addicted to running away, in the
lifetime and to the knowledge of the deceased, and that this
circumstance was not made known at the time of the sale.
There was a verdict and judgment against them, and they
appealed.

The sale made by the executor, in conformity with the
adjudication, stipulates expressly that he does not warrant

against any of the vices, maladies and defects, prescribed by law. It is admitted that the slave was sold to pay the debts of the succession; and the fact that the deceased had knowledge of his redhibitory vices, cannot, if it was proved, affect the validity of the sale made by his executor after his death, without warranty. The judgment of the district court, and the verdict upon which it was given, were well founded in law, and the judge did not err in neglecting the testimony offered.

EASTERN DIST  
*April,* 1839.

It is, therefore, ordered, adjudged and decreed, that the judgment of the Parish Court be affirmed, with costs.